UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
FILED
DEC 1 1 2008
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. _08-31-DCR_

UNITED STATES OF AMERICA                                        PLAINTIFF

V.          **ORDER FOR ISSUANCE OF SUMMONS**

**RAY GARTON**                                                  DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, Ray Garton, to APPEAR in United States District Court at Frankfort, Kentucky, on _DEC 30th_, 2008, at _2:00pm_, and shall DIRECT the Defendant to contact the United States Probation Office in Frankfort, Kentucky, at telephone number (502) 227-4667, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this _11_ day of _Dec._, 2008.

_J. Gregory Wehrman_
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Frances Catron-Malone, Assistant U.S. Attorney