UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CRIM. NO. 08-CR-00031-DCR

UNITED STATES OF AMERICA                                    PLAINITFF

VS.           **RESPONSE TO MOTION TO CONTINUE**

CHRISTOPHER C. SMITH                                        DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*

    Comes Christopher C. Smith, by counsel, and for his response to the Motion by Defendant, Ray Garton, states as follows:

    1.  The motion is declare this action as complex and to continue the trial is appropriate.

    2.  The undersigned and his client began review of the discovery materials on Monday, January 12, 2009, when the materials were first made available.  The description of the materials by counsel for Ray Garton is accurate.

    3.  The undersigned and his client devoted 5.4 hours to review of the discovery materials and it is estimated less than 5% of the materials were examined during that time period.  A substantial amount of time will be required to examine the balance of the materials and it is very unlikely that it cam be accomplished along with trial preparation before the March 9, 2009 trial date as

presently scheduled.  A continuance as requested by Defendant Garton is appropriate, if not longer.

    4.  Christopher C. Smith has authorized the undersigned to advise the Court he is willing to waive his rights under the *Speedy Trial Act* to facilitate the preparation of his defense.  A continuance of the trial is necessary to accomplish this goal.

    5.  The Defendant, Christopher C. Smith, remains on release pending the Orders of this Court and he requests that status not be changed due to the fact he is necessary to assist counsel in the review of discovery materials and preparation of his defense.

    WHEREFORE, the Defendant, Christopher C. Smith, requests the relief sought by Defendant, Ray Garton, be granted as to him and all other Defendants.

                          Respectfully submitted,

                          BY: s/STEPHEN D. MILNER_____
                              STEPHEN D. MILNER
                              271 West Short Street
                              Suite 812
                              Lexington, Kentucky 40507
                              (859) 233-4441

## **CERTIFICATE OF SERVICE**

    On January 16, 2009, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to:

Hon. Frances Catron-Malone
Assistant United States Attorney

Hon. Wade T. Napier
Assistant United States Attorney

By USPS to:

Mr. Christopher C. Smith
4656 KY Route 114
Prestonsburg, Kentucky 41653

                                    BY: s/STEPHEN D. MILNER
                                             STEPHEN D. MILNER