UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

CRIMINAL ACTION NO. 08-CR-00031-DCR

UNITED STATES OF AMERICA,                                         PLAINTIFF,

V.

JOSHUA SCOTT HARRIS                                               DEFENDANT.

RESPONSE TO MOTION TO SEVER

Comes the defendant, Joshua S. Harris, by counsel, and respectfully submits the following as his response to Ray Garton's co-defendant, motion to sever.

Defendant Harris has no position regarding Mr. Garton's motion for severance and feels that decision is within the sound discretion of the Court. The undersigned counsel states that this is a very complex case and that Defendant Garton's portion will be a large part of Defendant Harris' case. If, in fact, Mr. Garton is severed and tried separately from Mr. Harris, Mr. Garton's actions will still remain a significant part of Mr. Harris' case as Mr. Garton's actions will in all probability be referred to and testified about as part of Defendant Harris' defense.

Respectfully submitted,

/s/ JOE A. JARRELL
Attorney-at-Law
129 West Short Street
Lexington, Kentucky  40507
Telephone: (859) 233-3963
Fax No.: (859) 225-4746
E-mail: firstfloorlaw@alltel.net
ATTORNEY FOR DEFENDANT

1

CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following or by first class mail to any non-CM/ECF participants:

Hon. Frances Catron-Malone, AUSA
Frances.Catron-Malone@usdoj.gov

Hon. Derek G. Gordon
maryjm@insightbb.com

Hon. Wade Thomas Napier
Wade.Napier@usdoj.gov

Hon. Stephen D. Milner
steve.milner@qx.net

Hon. Jeffrey H. Hoover
hoovlaw@duo-county.com

Hon. Patrick F. Nash
firstfloorlaw@alltel.net

Hon. Willis G. Coffey
wgcoffey@yahoo.com

Hon. William A. Hayes
hayesatty1@aol.com

                                                    /s/ JOE A. JARRELL