UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 08-31-JMH |
| V. | ) | |
| RAY GARTON, et al., | ) | **MOTION TO CONTINUE** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes now the Defendant, Ray Garton, by counsel, and moves the Court to continue his trial that is currently scheduled to begin on September 1, 2009.  The Defendant requests that the Court continue the trial of this matter for a period of sixty (60) days for the reasons discussed in the memorandum in support of the Motion to Continue tendered herewith.

Respectfully Submitted,

/s/  Julie Roberts Gillum
Julie Roberts Gillum
GILLUM & GILLUM
117 NORTH MAIN STREET
P.O. BOX 1147
SOMERSET, KENTUCKY 42502
Phone: 606-679-9222
Fax:    606-678-2554

and

/s/ Willis G. Coffey
Willis G. Coffey
Coffey & Ford, PSC

1

P.O. 247<br>
45 East Main Street<br>
Mt. Vernon, KY 40456

**CERTIFICATE OF SERVICE**

    We hereby certify that on July 27, 2009, we electronically filed the foregoing Motion to Continue with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:.

| | |
|---|---|
| Hon. Frances E. Catron-Malone | Frances.Catron-Malone@usdoj.gov |
| Hon. Derek G. Gordon | maryjm@insightbb.com |
| Hon. Willis G. Coffey | wgcoffey@yahoo.com |
| Hon. Stephen D. Milner | steve.milner@qx.net |
| Hon. William A. Hayes | hayesatty1@aol.com |
| Hon. Patrick F. Nash | firstfloorlaw@alltel.net |
| Hon. Joe A. Jarrell | firstfloorlaw@alltel.net |

/s/ Julie Roberts Gillum

and

/s/ Willis G. Coffey