Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602

Invoice

Site #3

| | |
|---|---|
| Road & Site Work | 6,000.00 |
| Materials (2 Tiles) | 413.76 |
| | ------------- |
| Total Due | $6,413.76 |

Please issue 2 checks.
Jerry Gray $3,413.76 – 3013
General Brown $3,000 – 3014

Thank You

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice

| | |
|---|---|
| 15 hours @ $60 per hour (For reclaiming, roadwork and Camera truck work.) | $ 900.00 |
| Total Due | 900.00 |

Please issue 2 checks.
Jerry Gray $ 450.00
General Brown $450.00

Thank You



Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602

Invoice

Site #1

Road & Line Work 16hours @ $125 hr

Total Due ------------
$2,000.00

Please issue 2 checks.
Jerry Gray $1,000 - ck# 2845
General Brown $1,000 - ck# 2846

Thank You

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice

Pd
ck# 3462

| | |
|---|---|
| Road & Site Work (1, 2, 3) | |
| Labor & knives | $ 450.00 |
| Materials (gravel, 5 loads) | $1,379.37 |
| Total Due | $1,829.37 |

Thank You

[illegible] MATERIALS Pineville Quarry 606-337-2500

1223015360

Location: 1223

Customer: CASH1223 PINEVILLE QUARRY

Order: 40658564 :NGRAM KY 40955

JERRY GRAY

JERRY GRAY

Job# :

P.O. : VERBAL

Product: 1275492

#1 STONE

DEL

03/31/2008

Qty: 24.90

| | LB | MTon | TON |
|---|---|---|---|
| G | 76,900 | 34.88 | 38.45 |
| T | 27,100 | 12.29 | 13.55 |
| N | 49,500 | 22.59 | 24.90 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 199.20 |
| FREIGHT | 4.75 | 118.28 |
| FEE/OTHER | | 14.19 |
| TAX | | 19.90 |
| TOTAL | | 351.57 |

Carrier: 759236

Vehicle: 2169589 K132-203,MCVEY LAND DEV

Received:

IN

OUT 7:47 am

[illegible]

Original

SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

NUGENT MATERIALS Pineville Quarry 606-337-2500

1223015364

Location: 1223

03/31/2008

Customer: CASH1223 PINEVILLE QUARRY

Qty: 25.28

Order: 40856564 INGRAM KY 40955

JERRY GRAY

JERRY GRAY

Job# :

P.O. : VERBAL

Product: 1275492

#1 STONE

DEL

| | LB | MTon | TON |
|---|---|---|---|
| G | 77,000 | 34.93 | 38.50 |
| T | 26,440 | *1.99 | 13.22 |
| N | 50,560 | 22.93 | 25.28 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 202.24 |
| FREIGHT | 4.75 | 120.08 |
| FEE/OTHER | | 14.41 |
| TAX | | 20.20 |
| TOTAL | | 356.93 |

Carrier: 759237

Vehicle: 2169586 K135-1,TERRY PHILPOT

Received: ______________________ IN

OUT 9:05 am

[illegible]

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

MATERIALS Pineville Quarry
606-337-2500

1223015482

Location: 1223 04/02/2008
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691729 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job#:
P.O.: VERBAL
Product: 1275492
#1 STONE
DEL

Qty: 24.97

| | LB | MTon | TON |
|---|---|---|---|
| G | 77,040 | 34.94 | 38.52 |
| T | 27,100 | 12.29 | 13.55 |
| N | 49,940 | 22.65 | 24.97 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 199.76 |
| FREIGHT | 5.00 | 124.85 |
| FEE/OTHER | | 21.22 |
| TAX | | 20.75 |
| TOTAL | | 366.58 |

Carrier: 759236
Vehicle: 2169589 K132-203,MCVEY LAND DEV
Received: ______ IN
OUT 1:47 pm

[illegible fine print]

REPRINT 1:48:40PM Kimberly Brumett - Blevins



Pineville Quarry

606-337-2500

1223015455

Location: 1223 — 04/02/2008

Customer: CASH1223 PINEVILLE QUARRY — Qty: 24.29

Order: 40691729 INGRAM KY 40955

JERRY GRAY

JERRY GRAY

Job#:

P.O.: VERBAL

Product: 1275492

#1 STONE

DEL

| | LB | MTon | TON |
|---|---|---|---|
| G | 75,680 | 34.33 | 37.84 |
| T | 27,100 | 12.29 | 13.55 |
| N | 48,580 | 22.04 | 24.29 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 194.32 |
| FREIGHT | 5.00 | 121.45 |
| FEE/OTHER | | 20.65 |
| TAX | | 20.19 |
| TOTAL | | 356.61 |

Carrier: 759236

Vehicle: 2169589 K132-203,MCVEY LAND DEV

Received: ______________________ IN

OUT 8:03 am

[illegible]

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

 Pineville Quarry
606-337-2500

1223015453

04/02/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691729 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1275492
#1 STONE
DEL

Qty: 25.66

| | LB | MTon | TON |
|---|---|---|---|
| G | 77 760 | 35 27 | 38.88 |
| T | 26,440 | 11 99 | 13.22 |
| N | 51.320 | 23.28 | 25.66 |

| | | |
|---|---|---|
| PRICE | 8 00 | 205 28 |
| FREIGHT | 5 00 | 128 30 |
| FEE/OTHER | | 21 31 |
| TAX | | 21.32 |
| TOTAL | | 376.71 |

Carrier: 759237
Vehicle: 2169586 K135-1,TERRY PHILPOT
Received: ______________________

IN 7 01 am
OUT 7 15 am

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

April 3, 2008

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice

| | |
|---|---|
| Site Work & Road Work | $8,000.00 |
| Gravels | $1,808.40 |
| Tiles | $1,732.04 |
| | ------------- |
| Total Due | $11,540.44 |

Thank You

*made payable to Jerry L. Gray $7,540.44
*made payable to General Brown $4,000.00

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

April 18, 2008

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice
E KENTUCKY SITE #5

| | |
|---|---|
| Site Work & Road Work | $8,000.00 |
| Tiles | $221.84 |
| | ------------- |
| Total Due | $8,221.84 |

Thank You

*made payable to Jerry L. Gray $4,221.84 - 4008
*made payable to General Brown $4,000.00 - 4009

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

April 23, 2008

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice
E KENTUCKY SITE #6

| | |
|---|---|
| Site Work & Road Work | $8,000.00 |
| Gravel | $1,107.36 |
| Gravel Haul Bill | $750.00 |
| Total Due | $9,857.36 |

Thank You

*made payable to Jerry L. Gray $5,857.36 — 4195
*made payable to General Brown $4,000.00 — 4196

pr 23 2008 1:56PM CAMPBELL INS 6065462972 p.2

# HUBBS CREEK CORPORATION

302 Sugar Tree Branch Rd.
Bryant Store, KY 40921
(606) 546-9315
Fax (606) 545-9030

PLEASE SHOW INVOICE NUMBER WITH REMITTANCE
**INVOICE NO.** 01849

| ORDER NO. | INVOICE DATE | |
|---|---|---|
| DATE SHIPPED | SHIPPED VIA | |
| NO. PCS. / WT. | FOB | TERMS |

SOLD TO: Jerry Gray

SHIPPED TO:

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | Hauled Billow On 6-Loads Of Gravel | 750. | 00 |

Paid

Jerry

Rinker MATERIALS™ Pineville Quarry 606-337-2500

1223015919

04/16/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1275492
#1 STONE
CPU

Qty: 21.94

| | LB | MTon | TON |
|---|---|---|---|
| G | 73,380 | 33.28 | 36.69 |
| T | 29,500 | 13.38 | 14.75 |
| N | 43,880 | 19.90 | 21.94 |
| * Predetermined Tare | | | |

| | | |
|---|---|---|
| PRICE | 8.00 | 175.52 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 10.53 |
| TOTAL | | 186.05 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received: IN
OUT 2:25 pm

[illegible] This Delivery Ticket [illegible] Seller's Standard Terms and Conditions [illegible] Agreement.

REPRINT 12:46:46PM Kimberly Brumett - Blevins

Rinker MATERIALS

Pineville Quarry

606-337-2500

1223015897

04/16/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40891723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1036892
ASTM #57 LIMESTONE
CPU

Qty: 22.69

| | LB | MTon | TON |
|---|---|---|---|
| G | 74,880 | 33.96 | 37.44 |
| T | 29,500 | 13.38 | 14.75 |
| N | 45,380 | 20.58 | 22.69 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.25 | 187.19 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 11.23 |
| TOTAL | | 198.42 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received:

IN
OUT 9:44 am

REPRINT 12:45:41PM Kimberly Brumett - Blevins

Rinker MATERIALS

Pineville Quarry

606-337-2500

1223015938

04/17/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40891723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1275492
#1 STONE
CPU

Qty: 20.36

| | LB | MTon | TON |
|---|---|---|---|
| G | 70,220 | 31.85 | 35.11 |
| T | 29,500 | 13.38 | 14.75 |
| N | 40,720 | 18.47 | 20.36 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 162.88 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 9.77 |
| TOTAL | | 172.65 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received:

IN
OUT 10:15 am

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

Pineville Quarry

606-337-2500

1223015930

Location: 1223

Customer: CASH1223 PINEVILLE QUARRY

Order: 40691723 INGRAM KY 40955

JERRY GRAY

JERRY GRAY

Job# :

P.O. : VERBAL

Product: 1275492

#1 STONE

CPU

04/17/2008

Qty: 20.05

| | LB | MTon | TON |
|---|---|---|---|
| G | 69,600 | 31.57 | 34.80 |
| T | 29,500 | 13.38 | 14.75 |
| N | 40,100 | 18.19 | 20.05 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 160.40 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 9.62 |
| TOTAL | | 170.02 |

Carrier:

Vehicle: 2168610 K1223-C A2,QUAD AXLE(TRI,TT)TI

Received: ______________________ IN

OUT 7:48 am

[illegible fine print]

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

Pineville Quarry
606-337-2500

1223015947

04/17/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1275492
#1 STONE
CPU

Qty: 20.20

| | LB | MTon | TON |
|---|---|---|---|
| G | 69,900 | 31.71 | 34.95 |
| T | 29,500 | 13.38 | 14.75 |
| N | 40,400 | 18.33 | 20.20 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 161.60 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 9.70 |
| TOTAL | | 171.30 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received:

IN
OUT 12:41 pm

[illegible]

Original SEE REVERSE SIDE FOR PRODUCT LABEL INFORMATION

Rinker MATERIALS
Pineville Quarry
606-337-2500

1223015919

04/16/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1275492
#1 STONE
CPU

Qty: 21.94

| | LB | MTon | TON |
|---|---|---|---|
| G | 73,380 | 33.28 | 36.69 |
| T | 29,500 | 13.38 | 14.75 |
| N | 43,880 | 19.90 | 21.94 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.00 | 175.52 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 10.53 |
| TOTAL | | 186.05 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received:

IN
OUT [illegible]

Rinker MATERIALS
Pineville Quarry
606-337-2500

1223015912

04/16/2008

Location: 1223
Customer: CASH1223 PINEVILLE QUARRY
Order: 40691723 INGRAM KY 40955
JERRY GRAY
JERRY GRAY
Job# :
P.O. : VERBAL
Product: 1036892
ASTM #57 LIMESTONE
CPU

Qty: 23.89

| | LB | MTon | TON |
|---|---|---|---|
| G | 77,280 | 35.05 | 38.64 |
| T | 29,500 | 13.38 | 14.75 |
| N | 47,780 | 21.67 | 23.89 |

* Predetermined Tare

| | | |
|---|---|---|
| PRICE | 8.25 | 197.09 |
| FREIGHT | 0.00 | 0.00 |
| FEE/OTHER | | 0.00 |
| TAX | | 11.83 |
| TOTAL | | 208.92 |

Carrier:
Vehicle: 2168610 K1223-QA2,QUAD AXLE(TRI,TT)TI
Received:

IN
OUT 12:11 pm

[illegible]

REPRINT 12:46:11PM Kimberly Brumett - Blevins

Jerry Gray
4539 KY 223
Flat Lick, KY 40906
606-542-5194 606-627-3361

July 31, 2008

Target Gas & Oil
Rural Route #2
474 Hwy 738
Albany, KY 42602
Fax#931-537-6171

Invoice
E KENTUCKY Reclaiming Site 4, 5, & 6

Total Due $3,000.00

Thank You

*made payable to Jerry L. Gray $2,500.00
*made payable to General Brown $ 500.00